UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS HEZEKIAH TAFARI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE;<br>MEGAN J. BRENNAN, Postmaster<br>General,<br><br>　　　　　Defendants. | No.  2:17-cv-113-MCE-EFB PS<br><br><br>ORDER |

　　　　Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and has submitted an affidavit purporting to demonstrate that he is unable to prepay fees and costs or give security for them.  ECF No. 2.  However, a review of the affidavit reveals that it has not been signed.  Accordingly, plaintiff is directed to file, within fourteen days of this order, a further affidavit which is dated and signed under penalty of perjury.  The court will then resume consideration of plaintiff's application to proceed *in forma pauperis*.

DATED: January 23, 2017.

　　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE