UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS HEZEKIAH TAFARI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, MEGAN J. BRENNAN, Postmaster General,<br><br>Defendant. | No. 2:17-cv-113-MCE-EFB PS<br><br><br><br>ORDER |

On May 22, 2017, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed May 22, 2017 (ECF No. 16), are ADOPTED IN FULL; and

///

///

///

2. Defendant's motion to dismiss for lack of jurisdiction (ECF No. 12) is GRANTED and Plaintiff's claims two through seven are DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: August 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE