UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS HEZEKIAH TAFARI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, MEGAN J. BRENNAN, Postmaster General,<br><br>Defendant. | No. 2:17-cv-113-MCE-EFB PS<br><br><br><br>ORDER AFTER HEARING |

The case was before the court on April 25, 2018, for hearing on plaintiff's motion to determine the sufficiency of defendant's responses to requests for admissions. ECF No. 58. Assistant United States Attorney Gregory Broderick appeared on behalf of defendant; plaintiff appeared pro se.

For the reasons stated on the record, plaintiff's motion is denied. Further, plaintiff's deposition is confirmed for May 11, 2018, at 1:00 p.m. at the United States Attorney's Office, 501 I Street, Sacramento, California.

So Ordered.

DATED: April 26, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE