| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GREGORY T. BRODERICK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States |

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAS HEZEKIAH TAFARI,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN J. BRENNAN, Postmaster General of the United States Postal Service,<br><br>Defendant. | No. 2:17-cv-00113-MCE-EFB<br><br>**STIPULATION AND PROPOSED ORDER WITHDRAWING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; MOTION DISMISSING DEFENDANT MEGAN J BRENNAN, POSTMASTER GENERAL USPS UNTIMELY ANSWER [ECF NO. 67]**<br><br>Date & Time: October 24, 2018, 10:00 a.m.<br>Location: Courtroom 8, 13th Floor<br>Judge: Hon. Edmund F. Brennan |

Plaintiff Ras Hezekiah Tafari and Defendant Megan J. Brennan, Postmaster General of the United States, hereby stipulate to withdraw Plaintiff's pending motion for appointment of counsel (and related matters), presently set for October 24, 2018. *See* ECF No. 67. Plaintiff filed this motion September 26, 2018, and the United States filed its opposition October 10, 2018. *See* ECF No. 68. Plaintiff desires to withdraw this motion at this time, and remove it from the October 24, 2018, calendar. The United States stipulates to the withdrawal and removal. As both parties wish to withdraw the motion, the Court should do so and remove it from the October 24, 2018, calendar.

Respectfully Submitted,

DATED: October 22, 2018

                                          McGREGOR W. SCOTT<br>                                          United States Attorney

                                By:    */s/ Gregory T. Broderick*<br>                                          GREGORY T. BRODERICK<br>                                          Assistant United States Attorney

1

Stipulated Withdrawal of Plaintiff's Motion for Counsel [ECF No. 67]; *Tafari v. Brennan, Postmaster General*

By:    */s/ Ras H. Tafari* (authorized 10/22/2018)
       PLAINTIFF RAS H. TAFARI

**~~PROPOSED~~ ORDER**

Good cause appearing, IT IS SO ORDERED.

DATED: October 23, 2018.

*(signature)*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE