McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Defendant Postmaster General
Megan J. Brennan

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS HEZEKIAH TAFARI, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>MEGAN J. BRENNAN, Postmaster General,<br><br>　　　　　Defendant. | Case No. 2:17-cv-0113-MCE-EFB PS<br><br>**JOINT STIPULATION AND [**~~PROPOSED~~**]<br>ORDER MODIFYING SCHEDULE** |

　　　　Defendant Megan J. Brennan, Postmaster General, United States Postal Service, and Plaintiff Ras Hezekiah Tafari, respectfully propose and stipulate to the schedule below. Due to the Federal Government's recent lapse in funding the parties propose the below extension of scheduled dates.

|  | Current | Proposed |
|---|---|---|
| - Defendant's Expert Disclosures | January 25, 2019 | March 1, 2019 |
| - Rebuttal Expert Disclosures | February 8, 2019 | March 15, 2019 |
| - Last Day Motion to Compel Discovery Hearing | February 20, 2019 | March 27, 2019 |
| - Discovery Completion | March 15, 2019 | April 12, 2019 |
| - Last Day - Pretrial Motions Hearing | May 1, 2019 | June 12, 2019 |
| 　Pretrial Motions Due | | May 1, 2019 |
| 　Pretrial Oppositions Due | | May 15, 2019 |
| 　Pretrial Replies Due | | May 22, 2019 |

Undersigned defense counsel has also informed Plaintiff of her unavailability due to travel from May 29-June 8 and July 2-July 19.

Respectfully submitted,

DATED: February 12, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

DATED: February 12, 2019

By: /s/ *Ras Hezekiah Tafari*
RAS HEZEKIAH TAFARI
Plaintiff

## ~~PROPOSED~~ ORDER

Good cause appearing, it is hereby ORDERED that the pretrial scheduling order (ECF No. 43) is modified as follows:

1. Defendant shall make its initial expert disclosures by March 1, 2019;
2. Any rebuttal disclosures shall be made by March 15, 2019;
3. Motions to compel discovery shall be heard by March 27, 2019;
4. All discovery shall be completed by April 12, 2019; and
5. All pretrial motions, except motions to compel discovery, shall be heard by June 12, 2019.

DATED: February 14, 2019.

Edmund F. Brennan
United States Magistrate Judge

*Tafari v. U.S. Postal Service Postmaster General*, Case No. 17-0113 MCE-EFB
JOINT STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULE

2