UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RAS HEZEKIAH TAFARI, | No. 2:17-cv-113-MCE-EFB PS |
|---|---|
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| UNITED STATES POSTAL SERVICE, MEGAN J. BRENNAN, Postmaster General, | |
| Defendant. | |

     This case was before the court on May 1, 2019, for hearing on plaintiff's motion for sanctions pursuant to Federal Rule of Civil Procedure ("Rule") 37(c). ECF No. 76. Assistant United States Attorney Chi Soo Kim appeared on behalf of defendant, and plaintiff appeared pro se.

     For the reasons stated on the record, plaintiff's motion for Rule 37 sanctions (ECF No. 76) is denied.

DATED: May 6, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE