UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAS HEZEKIAH TAFARI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED POSTAL SERVICE POSTMASTER GENERAL MEGAN J. BRENNAN,<br><br>Defendant. | No. 2:17-cv-0113-MCE-EFB PS<br><br>ORDER |

On March 12, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 104. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed March 12, 2020 (ECF No. 104) are ADOPTED in full;
2. Plaintiff's motion for summary judgment (ECF No. 81) is DENIED;
3. Defendant's motion for summary judgment (ECF No. 84) is GRANTED;

4. Judgment is entered against plaintiff and in favor of defendant; and

5. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: April 3, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE